**Entered on Docket**
**February 23, 2010**

_____
Hon. Gregg W. Zive
United States Bankruptcy Judge

JAMES C. SWINDLER (Bar No. 6135)
PRINCE, YEATES & GELDZAHLER
3993 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169
Telephone: (702) 837-1987
Email: jcs@princeyeates.com

DOWNEY BRAND LLP
SALLIE B. ARMSTRONG (Bar No. 001243)
MICHELLE KAZMAR (Bar No. 10098)
427 West Plumb Lane
Reno, NV 89509
Telephone: (775) 329-5900
Facsimile: (775) 786-5443
reno@downeybrand.com

*Attorneys for Nevada State Bank*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.  BK-N-09-51848-GWZ |
| High Sierra Woodworks, LLC, | Chapter Number:  11 |
| Debtor, | **STIPULATED ORDER DISMISSING BANKRUPTCY CASE**<br><br>Hearing Date:  August 28, 2009<br>Time: 9:30 a.m. |

  This matter initially came before the Court for hearing, on shortened time, on Debtor High Sierra Woodworks, LLC's (the "Debtor") *Motion to Use Cash Collateral* (Docket No. 23) and Nevada State Bank's *Motion to Prohibit Use of Cash Collateral, Terminate Automatic Stay,*

1025346.2

1

1  *Grant Replacement Lien and/or Dismiss Case* (Docket No. 25). Kevin A. Darby appeared on behalf of Debtor. Sallie B. Armstrong, Esq. appeared on behalf of Nevada State Bank (the "Bank"). The principal of Debtor, R. Lawrence Hughes, was present in court.

The Court considered the Motion to Use Cash Collateral, together with the Declaration of R. Lawrence Hughes (Docket No. 24), and Nevada State Bank's Opposition to the Motion to Use Cash Collateral, including the exhibits attached thereto (Docket No. 41). The Court also considered the Motion to Prohibit Use of Cash Collateral, Terminate Automatic Stay, Grant Replacement Lien and/or Dismiss Case, together with the Declaration of James C. Swindler, including the exhibits attached thereto (Docket No. 26), the Declaration of Keely Bradshaw, including the exhibits attached thereto (Docket No. 27), the Debtor's Opposition to the Motion to Prohibit Use of Cash Collateral, Terminate Automatic Stay, Grant Replacement Lien and/or Dismiss Case (Docket No. 43), the Declaration of Kevin A. Darby, including the exhibits attached thereto (Docket No. 44), the Declaration of Tricia M. Darby, including the exhibits attached thereto (Docket No. 45), and the Declaration of R. Lawrence Hughes (Docket No. 47). The Court also considered Exhibit 1 and Exhibit 2, which were admitted into evidence at the hearing.

Based on the record and statements of counsel, the Court stated its findings of fact and conclusions of law on the record in lieu of written findings of fact and conclusions of law as permitted by Fed. R. Civ. Proc. 52 made applicable to this proceeding by Fed. R. Bankr. Proc. 9014 and 7052. However, the Court further instructed the Parties to work together in good faith toward an orderly liquidation of the collateral securing the Bank's collateral, which they have done as indicated by their signatures below.

Accordingly, the Debtor and the Bank hereby stipulate to entry of an Order as follows:

IT IS HEREBY ORDERED that the Motion to Use Cash Collateral is moot.

IT IS HEREBY FURTHER ORDERED that the Motion to Prohibit Use of Cash Collateral, Terminate Automatic Stay, Grant Replacement Lien and/or Dismiss Case is GRANTED as of August 28, 2009.

///

1  IT IS HEREBY FURTHER ORDERED that the above-entitled bankruptcy case is
2  DISMISSED to be effective upon the signing of this order.
3  IT IS HEREBY FINALLY ORDERED that, in light of the above rulings, the further relief
4  sought in the Motion to Prohibit Use of Cash Collateral, Terminate Automatic Stay, Grant
5  Replacement Lien and/or Dismiss Case is moot.

Agreed and Submitted By:

*Sallie B. Armstrong*
*Attorney for Nevada State Bank*

Agreed and Submitted By:

*Kevin A. Darby*
*Attorney for Debtor*

# # #